UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DOVER LIMITED,

               Plaintiff,

               vs.

ALAIN ASSEMI

               Defendant.

------------------------------------------------------------X

Case No. 08-Cv-1009

PURSUANT TO RULE 7.1 [Formerly Local Rule 1.9] OF THE FEDERAL RULES OF CIVIL PROCEDURE AND TO ENABLE JUDGES AND MAGISTRATE JUDGES OF THE COURT TO EVALUATE POSSIBLE DISQUALIFICATION OR RECUSAL, THE UNDERSIGNED COUNSEL FOR __Dover Limited__ (A PRIVATE NON-GOVERNMENTAL PARTY) CERTIFIES THAT THE FOLLOWING ARE CORPORATE PARENTS, AFFILIATES AND/OR SUBSIDIARIES OF SAID PARTY WHICH ARE PUBLICLY HELD:

None.

Date: April 8, 2008

Thomas M. Mullaney (TM 4274)