```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/17/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
DOVER LIMITED,
                Plaintiff,

                      08 Civ. 1009
    -v-                      (DLC)(FM)

ALAIN ASSEMI,
                          ORDER OF
                Defendant.     REFERENCE TO A
                          MAGISTRATE JUDGE
------------------------------------------x

DENISE COTE, District Judge:

      The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

**X**   General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___  Specific Non-Dispositive Motion/Dispute*

     _____

     _____

     If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:

     _____

___  Settlement*

___  Inquest After Default/Damages Hearing

___  Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___  Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose:

     _____

___  Habeas Corpus

___  Social Security

___  Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion:

     _____

SO ORDERED:

Dated:   New York, New York
         February 12, 2008

                                            /s/ Denise Cote
                                            DENISE COTE
                                 United States District Judge